UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| Lilly Colbert | * | Civil Action No. 06-1569 |
| vs | * | Judge Tucker L. Melançon |
| Commissioner of Social Security | * | Magistrate Judge C. Michael Hill |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. After an independent review of the record, having determined that the findings and recommendation of the magistrate judge are correct under the applicable law, the Court therefore adopts the conclusions set forth therein. Accordingly, **IT IS**

**ORDERED** that the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE.**

Thus done and signed this 13th day of July, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE